IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SECURITYPROFILING, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. No. 6:16-cv-01016-RWS-JDL |
| INTEL CORPORATION and MCAFEE, INC., | § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

Pursuant to the Court's order that all claims and counterclaims of Plaintiff SecurityProfiling, LLC and Defendants Intel Corporation and McAfee, Inc. have been dismissed with prejudice, this matter has now been completely resolved and the Court hereby enters Final Judgment.

It is therefore ORDERED, ADJUDGED and DECREED that the above-entitled and numbered cause of action is DISMISSED WITH PREJUDICE. All costs are to be borne by the party that incurred them.

All motions by either party not previously ruled on are hereby DENIED.

The Clerk of the Court is directed to close this case.

**SIGNED this 8th day of June, 2017.**

*Robert W. Schroeder*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE